# DOCUMENTS TO BE SEALED

## PLAINTIFF

## -V-

## DEFENDANT

**DOCKET NUMBER:** 19 CV 10238

**DATE FILED:** NOV 04 2019

**SIGNED BY:** JUDGE FURMAN

**DATE SIGNED:** NOV 04 2019

**TO BE FILED UNDER SEAL:**

_____ ENTIRE ACTION

_____ COMPLAINT / PETITION ONLY

 ✓ OTHER DOCUMENTS / EXHIBITS

FILED
U.S. DISTRICT COURT
2019 NOV -4 PM 4:09
S.D. OF N.Y.