UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIG INSURANCE COMPANY,

                              Plaintiff,

-v-

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.

                              Defendants.

19 Civ. 10238 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

       On November 12, 2019, Petitioner filed an application to maintain the temporary seal placed on Exhibit C of its Petition to confirm a final arbitration award. *See* Dkts. 1, 2. Exhibit C is a copy of the final award. Petitioner also seeks leave to redact Paragraph 14 of its Petition, which references the award.

       Petitioner states that maintaining the seal of Exhibit C and the redaction in the Petition is necessary "to satisfy the provision in the confidentiality agreement that governed the arbitration." However, Petitioner has not provided the Court with a copy of this agreement. In addition, having reviewed an unredacted version of the Petition, the Court is skeptical that Paragraph 14, at least in its entirety, contains information that needs to be redacted.

       Petitioner is therefore ORDERED to submit copy of the relevant confidentiality agreement by close of business on Friday, November 15; preferably via ECF. Petitioner is further Ordered to file a brief supplement to its application to maintain the seal, explaining why some, or all, of Paragraph 14 of the Petition is properly redacted on the public docket.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: November 13, 2019
       New York, New York