**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TIG INSURANCE COMPANY,

                    Petitioner,

-against-

NATIONAL UNION FORE INSURANCE
COMPANY OF PITTSBURGH, PA, and
AIU INSURANCE COMPANY,

                    Respondents.
-----------------------------------------------------------------X

19 **CIVIL** 10238 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 25, 2019, the Petition to confirm the Award is granted.

**Dated**: New York, New York
         November 27, 2019

                                  **RUBY J. KRAJICK**
                                  **Clerk of Court**
          BY:
                                  **Deputy Clerk**