UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIG INSURANCE COMPANY,

                                    Petitioner,         19 Civ. 10238 (PAE)

-v-

         ORDER

NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA, and AIU INSURANCE COMPANY

                                Respondents.

PAUL A. ENGELMAYER, District Judge:

On November 25, 2019 the Court issued an opinion and order confirming the arbitral award in this matter and denying petitioner's motion to seal. Dkt. 13. The Court indicated that it would close the case after "all documents that have been filed under seal in this matter, as well as any materials submitted to the Court by email and not yet filed on ECF," had been filed on the docket. The parties have now done so. The Clerk of Court is respectfully directed to terminate the motions pending at dockets 15 and 16, and to close this case.

SO ORDERED.

                                                                   PAUL A. ENGELMAYER
                                                                   United States District Judge

Dated:  December 27, 2019
          New York, New York